UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SIXTEENTH AVE. TOWNHOMES CONDOMINIUM,<br><br>                Plaintiff,<br><br>  v.<br><br>MID-CENTURY INSURANCE COMPANY, et al.,<br><br>                Defendants. | C17-504 TSZ |
| SIXTEENTH AVE. TOWNHOMES CONDOMINIUM,<br><br>                Plaintiff,<br><br>  v.<br><br>ALLSTATE INSURANCE COMPANY, et al.,<br><br>                Defendants. | C17-1033 TSZ |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' Stipulated Motion for Consolidation of Related Actions, docket no. 11, is GRANTED. Case Nos. C17-504 and C17-1033 are hereby

- 1

CONSOLIDATED into one matter, for all purposes. All future pleadings, motions, briefs, and other papers shall be filed only in Case No. C17-504. The Scheduling Order issued in Case No. C17-504, docket no. 9, shall remain in full force and effect.

(2) The Clerk is directed to close Case No. C17-1033 and send a copy of this Minute Order to all counsel of record.

Dated this 28th day of August, 2017.

William M. McCool<br>
Clerk<br>
<br>
s/Karen Dews<br>
Deputy Clerk